IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RADIAL, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-585 |
| | : | |
| BATH & BODY WORKS DIRECT, INC., | : | |
| BATH & BODY WORKS GC, LLC. | : | |

**ORDER**

AND NOW, this 19th day of February, 2026, upon consideration of the Report and Recommendation of Special Master Hon. Thomas J. Rueter (Ret.) dated February 18, 2026, the Report and Recommendation (Dkt. No. 70) is **APPROVED and ADOPTED**, it is **ORDERED** the Scheduling Order (Dkt. No. 59) is amended as follows:

- Substantial completion of document production: **March 13, 2026 (deadline);**

- Exchange of privilege logs: **March 27, 2026;**

- All fact discovery, including depositions of fact witnesses, closed: **June 22, 2026;**

- Initial expert disclosures and initial expert reports due: **July 20, 2026;**

- Rebuttal expert reports due: **August 17, 2026;**

- Expert discovery (including expert depositions) complete: **September 8, 2026;**

- Dispositive and Daubert motions (if any) due: **October 13, 2026;**

- Responses in opposition to dispositive and Daubert motions (if any) due: **November 10, 2026;**

- Replies in support of dispositive and Daubert motions (if any) due: **December 2, 2026.**

BY THE COURT:
/s/ Juan R. Sánchez
Juan R. Sánchez, J.