IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RADIAL, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-585 |
| | : | |
| BATH & BODY WORKS DIRECT, | : | |
| INC., BATH & BODY WORKS GC, | : | |
| LLC. | : | |

## <u>ORDER</u>

AND NOW, this 26th day of March, 2026, upon consideration of Bath & Body Works Direct, Inc. and Bath & Body Works GC, LLC's (collectively, "BBW") Motion to Dismiss (Dkt. No. 17), Radial's Partial Motion to Dismiss (Dkt. No. 45, Civil Action No. 25-cv-2282), the parties' briefings, and for the reasons stated in the accompanying memorandum, it is **ORDERED**:

1. BBW's Motion is **GRANTED IN PART** and **DENIED IN PART**. Counts I, V, and VI of Radial's Amended Complaint are **DISMISSED WITH PREJUDICE**. Counts II-IV survive.

2. Radial's Motion is **GRANTED IN PART** and **DENIED IN PART**. Count VIII of BBW's Amended Counterclaims is **DISMISSED WITH PREJUDICE**. Count XI survives to the extent it seeks a declaration that Radial must cooperate with BBW's successor OMS testing and is dismissed to the extent it seeks a declaration that refusal by Radial to cooperate would constitute willful misconduct and gross negligence. All other Counts survive.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.